IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 3:10cv381-WHA |
| | ) | |
| CAREY TOLBERT, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

## ORDER

No objection having been filed to the Recommendation of the Magistrate Judge (Doc.

#14), the Recommendation is adopted, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failures to

prosecute this action and comply with the orders of the court.

DONE this 12th day July, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE